On petitioner's reconsideration filed April 2, reconsideration allowed; former opinion (84 Or App 127, 733 P2d 133) modified and adhered to as modified May 20, reconsideration denied August 20, petition for review pending 1987

In the Matter of the Compensation of
Steve Krajacic, Claimant.

## KRAJACIC,
*Petitioner,*

*v.*

## BLAZING ORCHARDS et al,
*Respondents.*

(WCB 84-02476; CA A37693)

737 P2d 617

James L. Edmunson, Karen M. Werner, and Malagon & Moore, Eugene, for petition.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

DEITS, J.

**DEITS, J.**

Claimant has filed a petition for review, which we treat as a petition for reconsideration. ORAP 10.10. In our opinion, *Krajacic v. Blazing Orchards,* 84 Or App 127, 733 P2d 113 (1987), we said:

> "[The doctor's] statement that claimant's injury is permanent only indicates a waxing and waning of symptoms of the chronic condition for which he had received an award."

We grant reconsideration only to correct a factual error. Petitioner correctly points out that he had not received an award on his claim. As noted in our opinion, 84 Or App at 131, the claim was classified as nondisabling. We still hold that claimant did not perfect his aggravation claim within the statutory period.

Reconsideration allowed; former opinion modified and adhered to as modified.